FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-4433
_____

LOREN D. KING, II,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

_____

On appeal from the Board of Nursing.
Joe R. Baker, Jr., Executive Director.

March 1, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Loren D. King, II, pro se, Appellant.

Christine E. Lamia, Chief Appellate Counsel, Katelyn R. Boswell, Assistant General Counsel, Florida Department of Health, Tallahassee, for Appellee.